253 So.2d 378

**Rene GUILBEAU et al.**

v.

**A. Harold MIRES et al.**

**No. 51847.**

Oct. 28, 1971.

In re: Rene Guilbeau and Amanda Simoneaux applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Cameron. 252 So.2d 174.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

253 So.2d 378

**LOUISIANA IRRIGATION AND MILL COMPANY**

v.

**James Wallace POUSSON.**

**No. 51849.**

Oct. 28, 1971.

In re: Louisiana Irrigation and Mill Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Acadia. 252 So.2d 151.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.